BEFORE THE SECOND DIVISION, JANUARY 31, 1941

**No. 45334.**—Protest 36111–K of Camlin Fashions of America (New York).

Opinion by TILSON, J.   On the evidence submitted the merchandise in question was held dutiable at 55 percent under paragraph 1529 (c) and the French Trade Agreement as claimed.

**No. 45335.**—Protests 598317–G, etc., of Barney Anderson & Co. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45336.**—Protests 972701–G, etc., of Hudson Steel & Tube Corp. et al. (New York).

Opinion by DALLINGER, J.   On the records presented the protests were overruled.

**No. 45337.**—Protests 840352–G, etc., of A. B. Martin Co. et al. (Baltimore, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45338.**—Protests 871730–G, etc., of Amerlux Steel Corp. et al. (Portland, Oreg., etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 45339.**—Protests 991469–G, etc., of L. H. Arens et al. (Los Angeles, etc.).

Opinion by DALLINGER, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, FEBRUARY 3, 1941

**No. 45340.**—Protests 974862–G, etc., of Burton Webbing Co., Inc., et al. (New York).

Opinion by KINCHELOE, J.   On the records presented the protests were overruled.

**No. 45341.**—Protests 623622–G, etc., of Ackwright Mdse. Corp. et al. (New York).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.